IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NOS.  4:05cr2-RH
    4:07cv366-RH/WCS

MAURICIO DOMINGUEZ-VASQUEZ,

    Defendant.

_____/

### ORDER DENYING § 2255 MOTION

This case is before the court on the magistrate judge's report and recommendation (document 86) and the objections (document 87).  I have reviewed *de novo* the issues raised by the objections.

With his objections, the defendant requests that the case be remanded to the magistrate judge for consideration of the objections.  But objections to a report and recommendation are properly considered by the district judge.  Indeed, that is the whole point of the objections—to bring issues to the attention of the district judge.  I have treated the defendant's objections as timely and have considered them fully.

The report and recommendation is correct.  Accordingly,

Case 4:05-cr-00002-RH-WCS   Document 88   Filed 01/20/09   Page 2 of 2
*Page 2 of 2*

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk must enter judgment stating, "The defendant's motion for relief under 28 U.S.C. § 2255 is DENIED WITH PREJUDICE." The clerk must close the file.

SO ORDERED on January 20, 2009.

<u>s/Robert L. Hinkle</u>
Chief United States District Judge

*Case No: 4:05cr2-RH and 4:07cv366-RH/WCS*